### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                    No. 4:10CR00139 JLH

QUARTIAS CLARK                                                                        DEFENDANT

### ORDER

Quartias Clark has filed a motion for early termination of supervised release. The Court directs the United States to file a response to the motion within fourteen days after entry of this Order, after consulting with the probation office. The Clerk directs the probation office to submit a report to the Court within fourteen days from the entry of this Order.

IT IS SO ORDERED this 30th day of June, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE