**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                             No. 4:10CR00139 JLH

QUARTIAS CLARK                                                                               DEFENDANT

**ORDER**

Quartias Clark has filed a motion for early termination of supervised release. The statute provides that the Court may, after considering the relevant factors in section 3553(a), terminate supervised release and discharge the defendant anytime after the expiration of one year of supervised release, provided the Court is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice. 18 U.S.C. § 3583(e)(1). The United States opposes the motion for early termination. The probation office has sent a report to the Court recommending that the motion be granted. The numerous letters from friends and family, as well as the report from the probation office, indicate that Clark's conduct warrants early termination of supervised release. Although mere compliance with the conditions of release is not sufficient to warrant early termination, here Clark's conduct has been sufficiently exemplary that justice requires some reward for that conduct. The motion is therefore GRANTED. Document #42. Quartias Clark's supervised release is hereby terminated, and he is discharged from supervision.

IT IS SO ORDERED this 15th day of July, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE